AO 91 (Rev. 11/11)  Criminal Complaint (Rev. by USAO on 3/12/20)      ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California



LODGED
CLERK, U.S. DISTRICT COURT

8/21/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ JB      DEPUTY

United States of America

v.

KESAI DOSS, aka "KC," and
ELLIS GARRETT, aka "Deuce Flag,"

Defendants.

Case No.   2:23-mj-04278-duty



FILED
CLERK, U.S. DISTRICT COURT

August 22, 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CLD___   DEPUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of June 7, 2020 in the county of Los Angeles in the Central District of California, the

defendants violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1344 | Wire Fraud |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Michael Fukuda, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   August 22, 2023

_____
*Judge's signature*

City and state:   Los Angeles, California

Hon. Alka Sagar, U.S. Magistrate Judge
*Printed name and title*

AUSA: K. Butler x6495

## AMENDED AFFIDAVIT

I, Michael Fukuda, being duly sworn, declare and state as follows:

## PURPOSE OF AFFIDAVIT

1.   This affidavit is made in support of a criminal complaint and arrest warrants against KESAI DOSS, aka "KC," and ELLIS GARRETT, aka "Deuce Flag," for a violation of Title 18, United States Code, Section 1344: Wire Fraud.

2.   This affidavit is also made in support of a criminal complaint and arrest warrants against JAMARI DEON TURNER,[1] JEROME JOSEPH, and TYLER RUSSELL for a violation of Title 18, United States Code, Section 1951(a): Interference with Commerce by Robbery.

3.   The facts set forth in this affidavit are based upon my personal observations; my training and experience; and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaints and arrest warrants and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

---

[1] Various documents and a previous version of this affidavit refer to TURNER as "BRYANT."  TURNER's driver's license lists his full name as "JAMARI DEON TURNER BRYANT."

1

## BACKGROUND OF AFFIANT

4.    I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since 2008.  In September 2008, I completed 21 weeks of training at the FBI Academy in Quantico, Virginia, where I received formal training in criminal investigative tactics, techniques and evidence collection.  I have received training in, and have conducted, investigations of bank robberies and violent crime.  From September 2019 to the present, I have been assigned to the Violent Crimes Squad and worked as a Hobbs Act Robbery and Bank Robbery Investigator in the Los Angeles Division of the FBI.

5.    In connection with the robbery investigations in which I have participated, I have used a variety of investigative techniques, including witness interviews, speaking with law enforcement agents and officers, reviewing surveillance images and cellular telephone data, including cellular tower logs, as well as collecting and processing physical evidence.  As a result of this experience and my conversations with other law enforcement personnel, which includes FBI SAs experienced with bank robbery investigations and commercial robbery investigations, I am familiar with the methods used by individuals to commit robberies as well as effective investigative methods to solve them.

## SUMMARY OF PROBABLE CAUSE

6.    From February 2018 until at least March 2021, FBI, working with Inglewood Police Department ("IPD"), and other law enforcement, identified upwards of 200 thefts, robberies, and

fraudulent transactions targeting victims from online
marketplace applications -- namely OfferUp,[2] LetGo,[3] Facebook,
Facebook Marketplace, and Craigslist.  Most of the identified
incidents occurred in Inglewood, Paramount, Long Beach, and
downtown Los Angeles, often using repeat addresses and accounts.

7.   The vast majority of these crimes consisted of
conspirators arranging a meeting place via an online marketplace
to purchase Apple products -- a phone, laptop, or other
electronic device.  Once there, conspirators would request to
inspect a device or snatch it from the victim and flee.  The
conspirators would then frequently run through apartment
buildings to escape from victims, using co-conspirators to lock
the victims out of apartment buildings by closing security
gates.  If the victims pursued the conspirators, the
conspirators would often threaten, attack, or brandish a firearm
to deter the victims.  Many of the transactions have been linked
through common phone numbers, email addresses, or online
accounts.

8.   DOSS and GARRETT were the most prolific users of
online communication platforms to transmit fraudulent
communications to victims.  For example, on multiple occasions,

---

[2] OfferUp is an online marketplace, based in Bellevue,
Washington, that facilitates the buying and selling of used
goods by creating an online arena where customers can post or
search for goods to buy or sell.  Interested parties then meet
face-to-face to complete the transaction.  OfferUp, and other
online marketplaces, are optimized to be used on mobile device
apps most commonly found on cell phones.

[3] LetGo has since been acquired by OfferUp and they operate
as one company.

victims identified DOSS as the person who stole their electronic device and/or photographed DOSS with their device, DOSS photographed stolen devices (including serial numbers) minutes after the robbery, DOSS's phone was used to arrange fraudulent meetings, DOSS's online marketplace account was used to set up the frauds, or DOSS sold victim's devices to a pawn shop owner (who was working as a confidential informant ("CI")) shortly after a fraud.  Similarly, GARRETT's phone and online marketplace accounts were used to communicate with victims and then GARRETT sold the victims' electronic devices to the CI, with DOSS.  As detailed below, this is what occurred on June 7, 2020.

9.   During the same time period, a separate group also utilized online marketplaces to steal electronics, sold stolen goods to the same CI as DOSS and GARRETT, and told the CI that they were referred to the CI by GARRETT (whom they claim was a relative).  Law enforcement identified these individuals as JOSEPH, TURNER, and RUSSELL, and determined they were the assailants in multiple Hobbs Act robberies using the same online marketplaces.  For example, on June 25, 2020, a victim met JOSEPH, TURNER, and RUSSELL at his home to sell his MacBook he had placed on Craigslist.  There, JOSEPH and RUSSELL exited from a vehicle, pointed a handgun at the victim, and stole the MacBook he/she was selling, as well as his/her iPhone.  Less than an hour later, TURNER, RUSSELL, and JOSEPH sold the victim's MacBook and iPhone to the CI.  The serial numbers of the MacBook and iPhone matched that which the victim had

reported stolen.  The CI immediately notified the FBI of the sale, and turned the stolen devices over to the FBI.

**STATEMENT OF PROBABLE CAUSE**

10.  Based on my review of law enforcement reports, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

**A.    DOSS and GARRETT Wire Fraud**

11.  DOSS and GARRETT prolifically used OfferUp, LetGo, and Facebook to make fraudulent offers to purchase electronic devices.  After promising to purchase a device and setting a meeting location, DOSS and GARRETT would steal the device, abscond, and sell the device elsewhere.

**1.    GARRETT is Arrested Multiple Times After Multiple Fraudulent Incidents**

*a.    March 8, 2018 Theft of iPhone 7 Plus*

12.  On March 8, 2018, victim M.R. had his iPhone 7 Plus stolen when attempting to sell the phone to OfferUp accountholder "Jonathan."  M.R. described arranging to meet "Jonathan" on March 8, 2018, at approximately 4:22 p.m. at 527 W. Regent Street, Inglewood, California.  M.R. made these arrangements with "Jonathan" using the OfferUp mobile app.  On March 8, 2018, when M.R. went to sell the iPhone 7 Plus to "Jonathan," he was met by an individual later identified as JAYON SANDERS ("Sanders").[4]  Sanders asked M.R. if he could see

---

[4] Sanders, also known as ("aka") "Lil Termite," is a documented member of the Crenshaw Mafia Gang.  The Crenshaw Mafia Gang is based on the west side of Inglewood, California, and has a strong alliance with the Inglewood Family Gang.
*(footnote cont'd on next page)*

the iPhone 7 Plus.  The iPhone 7 Plus was inside a box that also contained phone chargers and headphones.  M.R. handed the box and its contents to Sanders, who then ran away from M.R. and through the front gate of the apartment complex located at 527 W. Regent Street, Los Angeles, California.  The front gate was held open by GARRETT, who closed the gate after Sanders had run through the gate, preventing M.R. from following GARRETT and Sanders as they ran through the apartment complex.  During the interview, M.R. showed the police officer the OfferUp account belonging to "Jonathan."  The account showed that "Jonathan" was selling a green Pontiac Grand Prix for $2,000.

13.  Due to this and a high number of additional robberies and thefts that had occurred at 527 W. Regent Street, the IPD had deployed police officers to conduct surveillance in the area.  At approximately 4:48 p.m., IPD Officer Camilio Garcia observed two men exit from the rear security door of 527 W. Regent Street, and run across the street to a parked green Pontiac Grand Prix.  IPD watched as the two individuals, one later identified as Sanders, who entered the front passenger seat, and the other later identified as GARRETT, entered the rear right passenger seat.  The vehicle then departed at a high rate of speed, followed by multiple IPD police vehicles.  IPD officers following the green Pontiac Grand Prix then observed the driver lean out of a window and throw out a black box that landed in a grassy area in the vicinity of 723 S. Fir Avenue,

---

Sanders has been charged with murder in connection with a follow-home robbery by the Los Angeles County District Attorney's Office.

Inglewood, California.  The green Pontiac Grand Prix came to a
stop less than a block later, and all three occupants were
detained.  IPD officers then learned that a radio call had just
been generated of a grand theft that had occurred in the area of
550 W. Regent Street, in which an iPhone 7 Plus had just been
stolen by two individuals.  IPD officers responded to 723 S. Fir
Avenue, and recovered a black box, a black iPhone 7 Plus, an
iPhone charger, and iPhone headphones.  During a subsequent
field show-up, M.R. identified Sanders as the individual that
had taken his iPhone 7 Plus.  M.R. identified GARRETT as the
individual that had closed the front gate of the apartment
complex at 527 W. Regent Street.  M.R. further identified the
items recovered at 723 S. Fir Avenue as the items Sanders had
stolen from him, including the iPhone 7 Plus.  Sanders, GARRETT,
and the driver were all arrested and charged with various state
offenses.

       *b.    Incidents and Arrest at 14415 Chadron Avenue*

     14.  From September 2018 through July 2019, there were
fifteen reported robberies and thefts that occurred at 14415
Chadron Avenue, Hawthorne, California 90250.  These robberies
and thefts matched the modus operandi of the robbery crew:
conspirators met victims through online forums such as OfferUp,
Facebook Marketplace, and LetGo, and arranged to meet in person
outside apartment buildings.  Upon meeting the sellers, the
conspirators either forcefully robbed them or stole items from
them.  The conspirators would then run through the apartment
buildings to escape from victims, using co-conspirators to lock

the victims out of apartment buildings by closing security gates.  Many of the transactions at 14415 Chadron Avenue have been linked to other robberies in Inglewood, Long Beach, and Paramount through common phone numbers used by conspirators to arrange transactions with victims.

15.  On July 24, 2019, HPD Detective Keith Chaffin received information that a possible robbery was taking place at the apartment complex located at 14415 Chadron Avenue, Hawthorne, California.  Prior to this date, Detective Chaffin had contacted the apartment manager at 14415 Chadron Avenue regarding a rash of robberies that had recently taken place at this location. Detective Chaffin requested that the apartment manager contact him immediately if there was any suspicious activity in the area.

16.  On July 24, 2019, the apartment manager contacted Detective Chaffin and reported two male subjects had jumped the fence to the rear and were walking toward the front of the apartment complex.  Detective Chaffin monitored live footage from surveillance cameras, and observed that a black Nissan sedan, bearing California license plate 8GIM396, was parked in the alley to the rear of 14415 Chadron Avenue.  Detective Chaffin then observed two males run to the parked Nissan sedan, and enter the vehicle through the driver's side rear doors.  HPD officers responded to 14415 Chadron Avenue and detained the occupants of the vehicle.  Law enforcement identified the six

occupants of the vehicle, including GARRETT and Jahiem Gillett[5]
("Gillett").

17.   At the same time, HPD officers located a victim of a
grand theft that had occurred in the area.  Victim J.P. reported
that on July 24, 2019, J.P. had his iPhone SXR stolen when
attempting to sell the iPhone SXR to an account purporting to be
"Immanuel."  According to victim J.P., J.P. arranged to sell the
iPhone SXR through OfferUp, and arranged to meet "Immanuel" on
July 24, 2019 at 14415 Chadron Avenue.  The arrangements to meet
were initially made on the messaging system on OfferUp, but
transitioned to text messaging on cell phones as the time to
meet approached.  "Immanuel" texted and called victim J.P.
multiple times and used at least two different phone numbers.
Upon arrival, victim J.P. saw a male (later identified as
GARRETT) exit the apartment complex at 14415 Chadron Avenue.
GARRETT asked to see the iPhone, and J.P. handed over the
iPhone.  GARRETT then told victim J.P. that he was going to walk
closer to the apartment complex to connect to Wi-Fi.  As they
were walking up the stairs to the main entrance, GARRETT
suddenly ran past the front security gate and shut the gate
behind him.  Another male (later identified as Gillett) was
waiting behind the security gate and ran away with GARRETT.  The
front security gate was locked and victim J.P. was unable to
give chase.

---

[5] Gillett is believed to be an associate of the Inglewood
Family Gang.

18.   During a field show up conducted subsequent to the
detention of the occupants of the Nissan, J.P. positively
identified GARRETT as the individual who stole his iPhone.   J.P.
positively identified Gillett as the person that was behind the
front security gate who ran away with GARRETT.   GARRETT and
Gillett were arrested for state crimes.

### 2.   Identification of DOSS as a Suspect Involved in Wire Fraud Conspiracy

19.   On January 25, 2020, victim E.G. reported that E.G.
had E.G.'s MacBook Pro laptop stolen when attempting to sell the
MacBook to "Leah Leaah."   E.G. arranged to sell the MacBook
through Facebook Marketplace, and arranged to meet "Leah Leaah"
on January 25, 2020 at 710 W. 27th Street, Los Angeles,
California.   Upon arrival, victim E.G. met an unidentified
suspect ("UCC-1") to whom she handed over the MacBook so that he
could verify that serial number.   UCC-1 took out his cell phone
and made a phone call.   An unidentified suspect ("UCC-2")
appeared by the front security gate of 710 W. 27th Street, and
held the gate open.   UCC-1 lifted the front of his shirt,
exposing a black handgun in the front waistband of his pants.
UCC-1 said, "I'm going to go show this to my friend," and moved
to the gate where UCC-2 was holding open the security gate.
Victim E.G stated that E.G. was too scared to move.   UCC-1 and
UCC-2 fled through the apartment complex to the rear alley.

### 1.   LAPD Ruse Operation

20.   In response to the fraudulent transactions, on January
30, 2020, LAPD detectives posted a cell phone for sale on

10

Facebook Marketplace.  "Leah Leaah" responded and suggested they meet at 710 W. 27th Street, Los Angeles, California to complete the transaction.  There, LAPD officers observed a silver Mercedes park in the alley to the rear of 710 W. 27th Street. DOSS[6] and GARRETT exited the vehicle and walked to the front security gate of 710 W. 27th Street.  While GARRETT remained at the front security gate, DOSS crossed the street where the seller was supposed to be.  This setup matches the modus operandi of DOSS and GARRETT's other similar transactions listed, including on January 30, 2020, in which GARRETT would hold open a residential security gate for DOSS to exit in order to ensure that the victim could not pursue DOSS or GARRETT.  LAPD detectives then texted DOSS and canceled the transaction.  DOSS walked back to the parked vehicle and it departed.

21.  LAPD officers then conducted a traffic stop of the vehicle and upon contacting the occupants of the vehicle, observed through the window a pint-sized brown bottle labeled "Promethazine with Codeine Oral Solution," and a 250 ml bottle of prescription Promethazine.  The label with prescribed patient information had been removed.  The bottles were on the rear passenger side floorboard.  GARRETT, DOSS, and another conspirator exited the vehicle and were arrested on state charges.  An iPhone was observed on the front passenger seat of the Mercedes.  DOSS told officers that the iPhone was his.  Law enforcement seized the phone.  On February 5, 2020, law

---

[6] DOSS, aka "KC," is a documented member of the Inglewood Family Gang.

enforcement obtained a search warrant for DOSS's iPhone.  DOSS's iPhone contained a photo of the victim E.G.'s MacBook with matching serial number.  The photo was taken on January 25, 2020 at 11:25 a.m., six minutes after the transaction.

22.  On January 30, 2020, law enforcement obtained a search warrant for DOSS's residence, located at 5094 Meadowsweet Drive, Palmdale, California.  During the ensuing search, law enforcement recovered two handguns, one of which was stolen, from DOSS's residence.

### 2.   DOSS Continues to Defraud Users

23.  On July 18, 2020, Victim I.V. posted her iPad on Facebook Marketplace and was contacted by "Savannah Marie." They agreed to meet at 434 E. Spruce St.[7]  The victim arrived and texted the number 323-949-1479.  When inspecting the iPad, DOSS backed away and began to run.  The victim chased DOSS into the apartment complex and DOSS pushed the victim to the ground. When the victim continued to chase DOSS, I.V. watched him enter a black Infiniti FX35 with blue Car Max paper plates.[8]

---

[7] This meet location was used in six other identified incidents.

[8] A black Infiniti was also reported as the getaway car in April 5, 2019 and June 10, 2019 incidents.

24.   Victim I.V. took photos of DOSS while he was inspecting the iPad.  Based on California Driver's License photographs, footage from the CI's pawn shop, and other law enforcement interaction, I know this photo appears to depict DOSS.



3.   <u>June 7, 2020 Wire Fraud (Operative Fraud of Criminal Complaint)</u>

25.   On June 7, 2020, Victim A.C. placed a MacBook on Facebook Marketplace and received a response from user "Taylor McHeven" who provided a phone number for contact: 661-998-6761. They discussed a place to meet and met at 10513 South Crenshaw Blvd.[9]  There, DOSS took A.C.'s MacBook under the pretext of inspecting the item and walked into a nearby gated apartment complex.  A.C. described the suspect as a tall black male in red

_____

[9] This meet location was used in 35 other identified incidents.

sweatpants and a white sweatshirt with cartoon characters drawn on the chest.

26. Twenty minutes before the incident, DOSS (using the same number to communicate with A.C., 661-998-6761) texted the CI asking if he/she was still buying electronics.  Less than 20 minutes after the incident, DOSS texted the serial number of A.C.'s MacBook to the CI asking "how much for this mac."  DOSS also texted a video of the computer and the phone to the CI and said "Pulled a homie took personal use phone nk MacBook" with a picture of an iPhone and MacBook matching that which was later sold to the CI.  DOSS then said that he did not mean to text that to the CI that message but asked how much he would pay for a locked iPhone.

27. Security footage from the CI's pawn shop shows DOSS wearing the red sweatpants and sweatshirt with a cartoon character on the chest -- as described by A.C.



28. Previously, on February 24, 2020, the CI was shown DOSS's CA DMV photo and positively identified him as "KC," DOSS's moniker.

29.  The CI identified GARRETT via DMV photo as well.

    4.  <u>Evidence of DOSS and GARRETT's Involvement in other Wire Fraud Incidents</u>

30.  In addition to the foregoing and the June 7, 2020 incident that is the subject of this Criminal Complaint, law enforcement has tied both DOSS and GARRETT to many other incidents.

    *a.  Evidence of DOSS's Further Culpability*

31.  As to defendant DOSS, the following inculpatory evidence was gathered:

    a.  December 29, 2018: victim identified DOSS after the incident;

    b.  November 24, 2019: DOSS's phone was used to set up the incident and DOSS took photo of victim's MacBook two hours after it was stolen;

    c.  July 18, 2020: DOSS's phone was used to set up the incident; victim took photo of DOSS inspecting the device;

    d.  September 1, 2019: DOSS's verified OfferUp account was used to set up the incident; description of suspect matched DOSS;

    e.  December 19, 2019: victim identified DOSS;

    f.  January 25, 2020: DOSS took a photo of victim's MacBook two hours after it was stolen;

    g.  June 8, 2020: DOSS attempted to buy a firearm from the CI (firearms were reportedly used in incidents both before and after this date);

h.   August 9, 2020: DOSS sold victim's property to CI 34 minutes after it was stolen;

i.   July 26, 2020: victim took video of DOSS inspecting the device before stealing it;

j.   August 19, 2020: victim identified DOSS; victim's phone found in vehicle with DOSS;

k.   January 3, 2021: DOSS sold victim's MacBook to CI.

   b.   *Evidence of GARRETT's Further Culpability*

32. As to GARRETT, the following inculpatory evidence was gathered:

a.   March 22, 2019: GARRETT's OfferUp account used to set up incident; internet protocol records of contemporaneous chat with victim returns to GARRETT's home;

b.   May 15, 2019: GARRETT's phone used to set up the incident;

c.   May 21, 2019: GARRETT's phone used to set up the incident; internet protocol records of contemporaneous chat with victim returns to GARRETT's home;

d.   June 5, 2019: GARRETT's phone used to set up incident;

e.   July 24, 2019: victim identified GARRETT;

f.   January 15, 2020: verified OfferUp account used to set up incident.

   5.   Common Locations Show Breadth of Fraud

33. DOSS and GARRETT's frequent use of common locations also illustrates the numerosity of their fraud:

a.   10501 - 10513 Crenshaw Blvd., Inglewood, California - this location was used in at least 35 similar incidents;

b.   9601 Crenshaw Blvd., Inglewood, California - this location was used in at least 14 similar incidents;

c.   1010 Orange Ave., Long Beach, California - this location was used in at least 13 similar incidents;

d.   14415 S. Chadron, Ave., Hawthorne, California - this location was used in at least 14 similar incidents;

e.   8540 Century Blvd., Paramount, California - this location was used in at least 18 similar incidents;

f.   710 W. 27th St., Los Angeles, California - this location was used in at least four similar incidents;

g.   17998 Jakes Way, Santa Clarita, California - this location was used in at least two similar incidents;

6.   <u>DOSS Frequented the CI to Sell Electronics</u>

34.   In addition to the incidents listed herein, DOSS was seen selling electronic devices to the CI on a frequent basis, even when law enforcement was unable to identify other fraudulent incidents:

a.   July 31, 2020: DOSS is seen selling an iMac;

b.   August 2, 2020: DOSS is seen selling an iPhone;

c.   August 8, 2020: DOSS is seen selling a MacBook;

d.   August 10, 2020: DOSS is seen selling electronics;

e.   August 15, 2020: DOSS is seen selling electronics;

f.   October 15, 2020: DOSS is seen selling electronics;

g.   October 16, 2020: DOSS is seen selling electronics;

h.   November 10, 2020: DOSS is seen selling an iPhone 11;

i.   November 13, 2020: DOSS is seen selling an iPhone 11 Pro.

**B.   JOSEPH, TURNER, and RUSSELL Hobbs Act Robbery**

35.   In addition to the DOSS and GARRETT Wire Fraud Conspiracy, law enforcement identified that JOSEPH, TURNER, and RUSSELL were using a similar modus operandi to rob victims of electronic devices using online marketplaces.  I believe JOSEPH, TURNER, and/or RUSSELL are associated with GARRETT.  Moreover, when JOSEPH, TURNER, and RUSSELL sold stolen items to the CI, they stated they had been referred by GARRETT.

1.   June 24, 2020 Robbery

36.   On June 24, 2020, victim A.S. placed A.S.'s MacBook on Craigslist.  "Michal Adams" offered to buy and agreed to meet at victim's residence using the number 323-916-9286.  On the way, the purported buyer called A.S. with a female voice that he said was his girlfriend from 213-212-3809.  A.S. heard a child crying in the background.  There was a problem with the computer and the victim asked suspect to return the following day.

37.   On June 25, 2020, at approximately 11 a.m., the suspects returned and met A.C. outside.  Eventually, two males exited their vehicle and approached victim with a handgun,

18

pointed it at A.C., and said "wallet and phone."  A.C. did not have his/her wallet but they took A.C.'s personal phone and the laptop and fled.

38.  That same day, RUSSELL used 323-606-1815 to call the CI and ask what he would pay for a MacBook pro at 11:29 a.m., two minutes after LAPD was contacted about the robbery.  RUSSELL stated that she had sold her items to other pawn shops but did not like their process.  RUSSELL stated that "Deuceflag" (aka GARRETT) gave RUSSELL the CI's contact information and the CI agreed to buy it.

39.  At 12:26 p.m., TURNER, RUSSELL, and JOSEPH sold the victim's devices to the CI.  JOSEPH is seen holding an infant, likely the same one heard crying in the phone call, while RUSSELL speaks to the CI, and TURNER stands behind them both.



The serial numbers on the MacBook and iPhone match that which
the A.C. reported.  The devices are now in FBI custody.  The CI
positively identified JOSEPH, TURNER, and RUSSELL based off
California driver's license database photos.

**C.   Total Incidents**

40.  Based on: (1) the use of the same CI to sell stolen
devices; (2) information provided by OfferUp regarding TruYou
verified accounts and common accounts used by conspirators for
fraudulent transactions and robberies; (3) internet protocol
records related to those OfferUp accounts; (4) post-incidents
arrests and statements; (5) the use of common locations to steal
items or rob victims; (6) common phone numbers used to set up
victims or sell items to the CI or to set up online marketplace
accounts; (7) photographs of stolen devices found on devices or
cloud storage; and (8) photographs of the individuals during an
incident; I believe that DOSS, GARRETT, JOSEPH, TURNER, RUSSELL,
and their co-conspirators, both known and unknown, are
responsible for at least the following incidents:

| #   | Date      | Location                                      | App used |
|-----|-----------|-----------------------------------------------|----------|
| 1.  | 2/2/2018  | 13819 McClure Ave, Paramount, California      | OfferUp  |
| 2.  | 2/13/2018 | 13819 McClure Ave, Paramount, California      | OfferUp  |
| 3.  | 2/20/2018 | 13819 McClure Ave, Paramount, California      | LetGo    |
| 4.  | 2/20/2018 | 13819 McClure Ave, Paramount, California      | LetGo    |
| 5.  | 7/21/2018 | 9733 Crenshaw Blvd, Inglewood, California     | OfferUp  |
| 6.  | 7/26/2018 | 9733 Crenshaw Blvd, Inglewood, California     | OfferUp  |

| 7. | 8/2/2018 | 9733 Crenshaw Blvd, Inglewood, California | LetGo |
|---|---|---|---|
| 8. | 8/7/2018 | 550 W Regent St, Inglewood, California | LetGo |
| 9. | 8/8/2018 | 3100 W 99th St, Inglewood, California | LetGo |
| 10. | 8/9/2018 | 630 W Queen St, Inglewood, California | OfferUp |
| 11. | 8/17/2018 | 14815 Chadron Ave, Gardena, California | LetGo |
| 12. | 8/26/2018 | 420 W Queen St, Inglewood, California | Facebook |
| 13. | 9/3/2018 | 630 W Queen St, Inglewood, California | LetGo |
| 14. | 9/4/2018 | 9733 Crenshaw Blvd, Inglewood, California | LetGo |
| 15. | 9/4/2018 | 14415 Chadron Ave, Hawthorne, California | OfferUp |
| 16. | 9/29/2018 | 9725 Crenshaw Blvd, Inglewood, California | OfferUp |
| 17. | 9/30/2018 | 630 W Queen St, Inglewood, California | LetGo |
| 18. | 10/1/2018 | Northeast alley off of Inglewood Ave and Century Blvd, California | OfferUp |
| 19. | 10/11/2018 | 9733 Crenshaw Blvd, Inglewood, California | Facebook |
| 20. | 10/14/2018 | 9733 Crenshaw Blvd, Inglewood, California | OfferUp |

| 21. | 10/16/2018 | 9601 Crenshaw Blvd, California | LetGo |
| 22. | 10/16/2018 | Kelso St and Grevillea Ave, Inglewood, California | Facebook |
| 23. | 10/22/2018 | 9541 Crenshaw Blvd, Inglewood, California | LetGo |
| 24. | 10/31/2018 | 10519 S Crenshaw Blvd, Inglewood, California | LetGo |
| 25. | 11/2/2018 | 10801 Crenshaw Blvd, Inglewood, California | LetGo |
| 26. | 11/2/2018 | 9541 Crenshaw Blvd, Inglewood, California | LetGo |
| 27. | 11/3/2018 | 10801 Crenshaw Blvd, Inglewood, California | OfferUp |
| 28. | 11/3/2018 | 125 Lime St, Inglewood, California | OfferUp |
| 29. | 11/4/2018 | 9541 Crenshaw Blvd, Inglewood, California | LetGo |
| 30. | 11/4/2018 | 125 Lime St, Inglewood, California | Facebook |
| 31. | 11/7/2018 | 119 Lime St, Inglewood, California | OfferUp |
| 32. | 11/8/2018 | 14415 Chadron Ave, Hawthorne, California | LetGo |
| 33. | 11/16/2018 | 9541 Crenshaw Blvd, Inglewood, California | Facebook |
| 34. | 11/17/2018 | 9601 Crenshaw Blvd, Inglewood, California | LetGo |
| 35. | 11/22/2018 | 3213 W 84th Pl, Inglewood, California | OfferUp |
| 36. | 12/2/2018 | 9601 Crenshaw Blvd, Inglewood, California | Facebook |

| 37. | 12/3/2018 | 9601 Crenshaw Blvd, Inglewood, California | Facebook |
|---|---|---|---|
| 38. | 12/8/2018 | 9541 Crenshaw Blvd, Inglewood, California | OfferUp |
| 39. | 12/13/2018 | 43230 Gadsden Avenue, Lancaster, California | LetGo |
| 40. | 12/20/2018 | 8540 Century Blvd, Paramount, California | Facebook |
| 41. | 12/20/2018 | 9601 Crenshaw Blvd, Inglewood, California | LetGo |
| 42. | 12/21/2018 | 8919 S 12th Ave, Inglewood, California | OfferUp |
| 43. | 12/22/2018 | 9541 Crenshaw Blvd, Inglewood, California | Facebook |
| 44. | 12/28/2018 | 9541 Crenshaw Blvd, Inglewood, California | OfferUp |
| 45. | 12/29/2018 | 10501 Crenshaw Blvd, Inglewood, California | OfferUp |
| 46. | 1/2/2019 | 9141 Crenshaw Blvd, Inglewood, California | OfferUp |
| 47. | 1/4/2019 | 10513 Crenshaw Blvd, Inglewood, California | OfferUp |
| 48. | 1/5/2019 | 9601 Crenshaw Blvd, Inglewood, California | OfferUp |
| 49. | 1/6/2019 | 8540 Century Blvd, Paramount, California | LetGo |
| 50. | 1/6/2019 | 43230 Gadsden Ave, Lancaster, California | OfferUp |
| 51. | 1/7/2019 | 43230 Gadsden Avenue, Lancaster, California | LetGo |
| 52. | 1/11/2019 | 43263 17th St. West, Lancaster, California | |

| 53. | 1/17/2019 | 10501 Crenshaw Blvd, Inglewood, California | LetGo |
|-----|-----------|---------------------------------------------|-------|
| 54. | 1/22/2019 | 8540 Century Blvd, Paramount, California | LetGo |
| 55. | 1/24/2019 | 14415 Chadron Ave, Hawthorne, California | OfferUp |
| 56. | 1/27/2019 | 14415 Chadron Ave, Hawthorne, California | OfferUp |
| 57. | 1/27/2019 | 8540 Century Blvd, Paramount, California | OfferUp |
| 58. | 1/30/2019 | 13101 Inglewood Ave, Hawthorne, California | LetGo |
| 59. | 2/1/2019 | 15606 Hawthorne Blvd, Lawndale, California | OfferUp |
| 60. | 2/5/2019 | 14415 Chadron Ave, Hawthorne, California | LetGo |
| 61. | 2/5/2019 | 10501 Crenshaw Blvd, Inglewood, California | Facebook |
| 62. | 2/8/2019 | 10501 Crenshaw Blvd, Inglewood, California | Facebook |
| 63. | 2/8/2019 | 10501 Crenshaw Blvd, Inglewood, California | OfferUp |
| 64. | 2/8/2019 | 1010 Orange Ave, Long Beach, California 90813 | OfferUp |
| 65. | 2/10/2019 | 10236 Yukon Ave, Inglewood, California | LetGo |
| 66. | 2/13/2019 | 14415 Chadron Ave, Hawthorne, California | LetGo |
| 67. | 2/16/2019 | 9601 Crenshaw Blvd, Inglewood, California | Facebook |
| 68. | 2/18/2019 | 9601 Crenshaw Blvd, Inglewood, California | Facebook |

| 69. | 2/19/2019 | 2626 W Imperial Hwy, Inglewood, California | LetGo |
| 70. | 2/20/2019 | 10501 Crenshaw Blvd, Inglewood, California | LetGo |
| 71. | 2/24/2019 | 10501 Crenshaw Blvd, Inglewood, California | LetGo |
| 72. | 2/24/2019 | 8540 Century Blvd, Paramount, California | OfferUp |
| 73. | 3/3/2019 | 8540 Century Blvd, Paramount, California | Facebook |
| 74. | 3/5/2019 | 43263 17th St. West, Lancaster, California | |
| 75. | 3/6/2019 | 14415 Chadron Ave, Hawthorne, California | OfferUp |
| 76. | 3/11/2019 | 8540 Century Blvd, Paramount, California | LetGo |
| 77. | 3/12/2019 | 10519 Crenshaw Blvd, Inglewood, California | OfferUp |
| 78. | 3/16/2019 | 10501 Crenshaw Blvd, Inglewood, California | Facebook |
| 79. | 3/16/2019 | 1346 W Rosecrans, Gardena, California | LetGo |
| 80. | 3/17/2019 | 14415 Chadron Ave, Hawthorne, California | OfferUp |
| 81. | 3/18/2019 | 8540 Century Blvd, Paramount, California | Facebook |
| 82. | 3/19/2019 | 1020 Orange Ave, Long Beach, California | OfferUp |
| 83. | 3/22/2019 | 10501 Crenshaw Blvd, Inglewood, California | OfferUp |
| 84. | 3/29/2019 | 10501 Crenshaw Blvd, Inglewood, California | Facebook |

| 85. | 4/5/2019 | 10711 S 10th Ave, Inglewood, California | Facebook |
| 86. | 4/7/2019 | 10501 Crenshaw Blvd, Inglewood, California | Facebook |
| 87. | 4/9/2019 | 10711 S 10th Ave, Inglewood, California | OfferUp |
| 88. | 4/16/2019 | 10509 Crenshaw Blvd, Inglewood, California | LetGo |
| 89. | 4/17/2019 | 10525 S 10th Ave, Inglewood, California | OfferUp |
| 90. | 4/19/2019 | 9541 Crenshaw Blvd, Inglewood, California | OfferUp |
| 91. | 4/20/2019 | 10507 Crenshaw Blvd, Inglewood, California | Facebook |
| 92. | 4/28/2019 | 10519 S Crenshaw Blvd, Inglewood, California | Facebook |
| 93. | 4/29/2019 | 10519 Crenshaw Blvd, Inglewood, California | LetGo |
| 94. | 4/29/2019 | 9541 Crenshaw Blvd, Inglewood, California | OfferUp |
| 95. | 4/30/2019 | 9541 Crenshaw Blvd, Inglewood, California | LetGo |
| 96. | 5/1/2019 | 8540 Century Blvd, Paramount, California | OfferUp |
| 97. | 5/2/2019 | 9601 S. Crenshaw Blvd, Inglewood, California | OfferUp |
| 98. | 5/4/2019 | 10507 Crenshaw Blvd, Inglewood, California | LetGo |
| 99. | 5/9/2019 | 10513 Crenshaw Blvd, Inglewood, California | LetGo |
| 100. | 5/9/2019 | 9601 Crenshaw Blvd, Inglewood, California | LetGo |
| 101. | 5/9/2019 | 14415 Chadron Ave, Hawthorne, California | OfferUp |

| 102. | 5/11/2019 | 8540 Century Blvd, Paramount, California | LetGo |
|---|---|---|---|
| 103. | 5/12/2019 | 10501 Crenshaw Blvd, Inglewood, California | LetGo |
| 104. | 5/12/2019 | Kelso St and Grevillea Ave, California | OfferUp |
| 105. | 5/14/2019 | 9541 Crenshaw Blvd, Inglewood, California | OfferUp |
| 106. | 5/15/2019 | 9601 Crenshaw Blvd, Inglewood, California | LetGo |
| 107. | 5/15/2019 | 14415 Chadron Ave, Hawthorne, California | OfferUp |
| 108. | 5/16/2019 | 9601 Crenshaw Blvd, Inglewood, California | Facebook |
| 109. | 5/18/2019 | 1010 Orange Ave, Long Beach, California | Facebook |
| 110. | 5/20/2019 | 8540 Century Blvd, Paramount, California | OfferUp |
| 111. | 5/21/2019 | 1010 Orange Ave, Long Beach, California | OfferUp |
| 112. | 5/22/2019 | 8406 S 2nd Ave, Inglewood, California | OfferUp |
| 113. | 5/24/2019 | 8416 S 2nd Ave, Inglewood, California | OfferUp |
| 114. | 5/25/2019 | 9601 Crenshaw Blvd, Inglewood, California | Facebook |
| 115. | 5/28/2019 | 8540 Century Blvd, Paramount, California | Facebook |
| 116. | 5/30/2019 | 1010 Orange Ave, Long Beach, California | OfferUp |
| 117. | 6/2/2019 | 10519 S Crenshaw Blvd, California | LetGo |
| 118. | 6/2/2019 | 8540 Century Blvd, Paramount, California | LetGo |

| 119. | 6/5/2019 | 9601 Crenshaw Blvd, Inglewood, California | OfferUp |
| 120. | 6/10/2019 | 8416 S 2nd Ave, Inglewood, California | Facebook |
| 121. | 6/11/2019 | 8540 Century Blvd, Paramount, California | Facebook |
| 122. | 6/12/2019 | 1010 Orange Ave, Long Beach, California | LetGo |
| 123. | 6/12/2019 | 14415 Chadron Ave, Hawthorne, California | Facebook |
| 124. | 6/13/2019 | 408 S Grevillea Ave, Inglewood, California | Facebook |
| 125. | 6/15/2019 | 10519 Crenshaw Blvd, Inglewood, California | Facebook |
| 126. | 6/15/2019 | 1010 Orange Ave, Long Beach, California | Facebook |
| 127. | 6/15/2019 | 11102 Budlong Ave, Los Angeles, California | OfferUp |
| 128. | 6/16/2019 | 1010 Orange Ave, Long Beach, California | Facebook |
| 129. | 6/16/2019 | 8540 Century Blvd, Paramount, California | LetGo |
| 130. | 6/16/2019 | 9541 Crenshaw Blvd, Inglewood, California | OfferUp |
| 131. | 6/17/2019 | 9601 Crenshaw Blvd, Inglewood, California | Facebook |
| 132. | 6/17/2019 | 10513 Crenshaw Blvd, Inglewood, California | LetGo |
| 133. | 6/20/2019 | 10513 Crenshaw Blvd, Inglewood, California | Facebook |
| 134. | 6/23/2019 | 10513 Crenshaw Blvd, Inglewood, California | LetGo |
| 135. | 6/23/2019 | 8540 Century Blvd, Paramount, California | OfferUp |

| 136. | 6/23/2019 | 1010 Orange Ave, Long Beach, California | OfferUp |
| 137. | 6/26/2019 | 14433 Crenshaw Blvd, Gardena, California | LetGo |
| 138. | 7/2/2019 | 14415 Chadron Ave, Hawthorne, California | Facebook |
| 139. | 7/3/2019 | 630 W Queen St, Inglewood, California | Facebook |
| 140. | 7/3/2019 | 139 St and Lemoli Ave, California | OfferUp |
| 141. | 7/3/2019 | 939 W Manchester Blvd, California | OfferUp |
| 142. | 7/3/2019 | 3939 Ursula Ave, Los Angeles, California | OfferUp |
| 143. | 7/5/2019 | 8412 S 2nd Ave, Inglewood, California 90305 | OfferUp |
| 144. | 7/14/2019 | 14415 Chadron Ave, Hawthorne, California | Facebook |
| 145. | 7/16/2019 | 14412 Chadron Ave, Hawthorne, California | OfferUp |
| 146. | 7/18/2019 | 4058 164th St, Lawndale, California | OfferUp |
| 147. | 7/22/2019 | 1010 Orange Ave, Long Beach, California | OfferUp |
| 148. | 7/23/2019 | 11702 Crenshaw Blvd, Inglewood, California | LetGo |
| 149. | 7/24/2019 | 14415 Chadron Ave, Hawthorne, California | OfferUp |
| 150. | 7/26/2019 | 43230 Gadsden Avenue, Lancaster, California | LetGo |
| 151. | 7/29/2019 | 10801 S. Crenshaw Blvd, Inglewood, California | Facebook |
| 152. | 8/9/2019 | 614 Myrtle Ave, Inglewood, California | OfferUp |

| 153. | 8/24/2019 | 14433 Crenshaw Blvd, Gardena, California | LetGo |
| 154. | 8/26/2019 | 8540 Century Blvd, Paramount, California | Facebook |
| 155. | 9/1/2019 | 8540 Century Blvd, Paramount, California | OfferUp |
| 156. | 10/4/2019 | 27404 N Evan Ln, Canyon Country, California | Facebook |
| 157. | 10/6/2019 | 27105 Silver Oak Lane, Canyon Country, California | Facebook |
| 158. | 10/10/2019 | 17998 Jakes Way, Canyon Country, California | Facebook |
| 159. | 10/10/2019 | 17998 Jakes Way, Canyon Country, California | Facebook |
| 160. | 11/2/2019 | 1 S Locust St., Inglewood, California | OfferUp |
| 161. | 11/11/2019 | 550 W Regent St, Inglewood, California | OfferUp |
| 162. | 11/12/2019 | 212 W. Olive St, Inglewood, California | OfferUp |
| 163. | 11/24/2019 | 710 W. 27th St, Los Angeles, California | Facebook |
| 164. | 11/30/2019 | 10519 S. Crenshaw, Inglewood, California | Facebook |
| 165. | 11/30/2019 | 434 E. Spruce, Los Angeles, California | OfferUp |
| 166. | 12/1/2019 | 1 S. Locust Street, Inglewood, California | Facebook |
| 167. | 12/4/2019 | 434 E. Spruce Ave, Inglewood, California | Facebook |
| 168. | 12/7/2019 | 434 E. Spruce Ave, Inglewood, California | Facebook |
| 169. | 12/12/2019 | 10501 S. Crenshaw Blvd, Inglewood, California | Facebook |
| 170. | 12/12/2019 | 710 W. 27th St, Los Angeles, California | Facebook |
| 171. | 12/12/2019 | 430 E. Spruce Ave, Inglewood, California | Facebook |

| 172. | 12/12/2019 | 710 W. 27th St, Los Angeles, California | Facebook |
|------|------------|------------------------------------------|----------|
| 173. | 12/12/2019 | 4136 W. Ave L, Lancaster, California | Facebook |
| 174. | 12/18/2019 | 436 E. Spruce Ave, Inglewood, California | Facebook |
| 175. | 1/13/2020 | 710 W. 27th St, Los Angeles, California | Facebook |
| 176. | 1/14/2020 | 10507 S. Crenshaw Blvd, Inglewood, California | Facebook |
| 177. | 1/14/2020 | 434 E. Spruce Avenue, Inglewood, California | Facebook |
| 178. | 1/15/2020 | 8540 Century Blvd, Paramount, California | OfferUp |
| 179. | 1/25/2020 | 710 W. 27th St, Los Angeles, California | Facebook |
| 180. | 1/16/2020 | 630 W. Queen St, Inglewood, California | |
| 181. | 1/16/2020 | 406 S Grevillea Ave, Inglewood, California | Facebook |
| 182. | 3/27/2020 | 1201 E. La Habra Blvd, La Habra, California | LetGo |
| 183. | 4/18/2020 | 9417 Bandera St, Los Angeles, California | LetGo |
| 184. | 4/20/2020 | Slauson / Central, Los Angeles, California | OfferUp |
| 185. | 5/22/2020 | 103 E. Alameda Avenue, Burbank, California | Craigslist |
| 186. | 6/6/2020 | 633 W. Manchester Blvd, Inglewood, California | Facebook |
| 187. | 6/8/2020 | 10501 S. Crenshaw Blvd, Inglewood, California | Facebook |
| 188. | 6/11/2020 | 10501 S. Crenshaw Blvd, Inglewood, California | Facebook |
| 189. | 6/12/2020 | 3110 S. Barrington Avenue, Los Angeles, California | Craigslist |
| 190. | 6/13/2020 | 434 E. Spruce Ave, Inglewood, California | Facebook |
| 191. | 6/28/2020 | 10519 S. Crenshaw Blvd, Inglewood, California | Facebook |

| 192. | 7/2/2020 | 7950 Westminster Bl, Westminster, California | Facebook |
| 193. | 7/2/2020 | 4649 Venice Blvd, Los Angeles, California | Facebook |
| 194. | 7/18/2020 | 434 E. Spruce, Inglewood, California | Facebook |
| 195. | 8/9/2020 | 434 E. Spruce, Inglewood, California | Facebook |
| 196. | 6/25/2020 | 5820 David Ave, Los Angeles, California | Craigslist |

## V.   **CONCLUSION**

41.  For all of the reasons described above, there is probable cause to believe that DOSS and GARRETT committed a violation of Title 18, United States Code, Section 1349 and JOSEPH, TURNER, AND RUSSELL committed a violation of Title 18, United States Code, Section 1951(a).

/s/
_____
Michael Fukuda
FBI Special Agent


Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 22nd day of August, 2023.

_____
UNITED STATES MAGISTRATE JUDGE
ALKA SAGAR